**Donald HUNT, Petitioner,**

v.

**PHILADELPHIA ELECTRIC COMPANY and Safety Hoist Company and Safety Hoist Co., Inc.and DRG, Inc., Respondents.**

Supreme Court of Pennsylvania.

Sept. 16, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 1997, it is ordered that Petitioner's Petition for Allowance of Appeal is GRANTED; the order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Bucks County is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this court's opinion in *Cheeseman v. Lethal Exterminator, Inc.*, No. 56 E.D. Appeal Docket 1996, and *Forman v. Rossman, et al.*, No. 57 E.D. Appeal Docket 1996, —— Pa. ——, 701 A.2d 156 (1997).